United States District Court
Southern District of Texas

**ENTERED**

June 18, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ADEYINKA ADEMOKUNLA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-681 |
| | § | |
| BRIAN JOSE ACUNA CONTRERAS, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Petitioner Adeyinka Ademokunla is currently detained by Immigration and Customs Enforcement at the El Valle Detention Center in Willacy County, Texas. Petitioner seeks release via a Petition for Writ of Habeas Corpus (Doc. 1).

Petitioner concedes that an Immigration Judge conducted a bond hearing and denied Petitioner bond based on substantive grounds. (*See* Order, Doc. 1–3, 2) But he alleges that those procedures did not provide "a genuine, individualized determination supported by evidence demonstrating that continued detention remains necessary." (Pet., Doc. 1, 20)

As a general matter, federal courts may not review an immigration judge's discretionary decision to deny bond to a particular alien. *See* 8 U.S.C. § 1226(e) ("No court may set aside any action or decision by the Attorney General under this section regarding the detention or release of any alien or the grant, revocation, or denial of bond or parole."); *Nielsen v. Preap*, 586 U.S. 392, 401 (2019) (noting that this statute prohibits claims by individual aliens that the Government "exercised its statutory authority in an unreasonable fashion"). Petitioner does not address in his Petition why his habeas action does not constitute an impermissible challenge to the Immigration Judge's discretionary decision to deny bond.

Accordingly, it is:

**ORDERED** that by no later than July 9, 2026, Petitioner Adeyinka Ademokunla shall file a Statement in support of his Petition, addressing the issues that the Court raises in this Order.

If Petitioner fails to file the indicated Statement, the Court will deny the Petition.

Signed on June 18, 2026.

_____

Fernando Rodriguez, Jr.
United States District Judge